*E-Filed: January 27, 2014*

LATHAM & WATKINS LLP
  Jared Goldstein (Bar No. 268158)
  jared.goldstein@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorney for Plaintiff
FARI HOLDINGS, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARI HOLDINGS, LTD., a Foreign Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>INFO-DRIVE SOFTWARE, INC., a California Corporation,<br><br>　　　　　　Defendant. | CASE NO. 5:13-cv-02053 (HRL)<br><br>[~~PROPOSED~~] ORDER PERMITTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that good cause has
2  been shown to dismiss Plaintiff Fari Holdings, Ltd.'s claims without prejudice and that Defendants
3  would suffer no 'plain legal prejudice' therefrom. The Court hereby GRANTS the motion to
4  dismiss Plaintiff Fari Holdings, Ltd.'s claims without prejudice.

**IT IS SO ORDERED.**

Dated: January 27, 2014

_____
Hon. Howard R. Lloyd
United States Magistrate Judge